1  ANTHONY P. CAPOZZI, CSBN 068525
   LAW OFFICES OF ANTHONY P. CAPOZZI
2  1233 W. Shaw Avenue, Suite 102
   Fresno, CA  93711
3  Telephone:  (559) 221-0200
   Fax:  (559) 221-7997
4  E-mail:  capozzilaw@aol.com

5  Attorney for Defendant,
   LORENA DUANE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00052 LJO  (002) |
| Plaintiff, | |
| vs. | STIPULATION TO AMEND DEFENDANT, LORENA DUANE'S ORDER SETTING CONDITIONS OF RELEASE;  **ORDER** |
| LORENA DUANE, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the Defendant, LORENA DUANE, by and through her attorney-of-record, Anthony P. Capozzi and Plaintiff, by and through Assistant United States Attorney, Yasin Mohammad, that the Defendant's Conditions of Release be amended.

Section "i" of the Defendant's Conditions of Release *currently states*:

   The defendant shall abide by the following restrictions on personal associations, place of abode, or travel:
   Must reside with parents at ▮▮▮▮▮▮▮▮▮▮, Plano, Texas unless permission received from the U.S. Probation Officer; Travel restricted to the Northern District of Texas and California for court appearances only unless permission received from the U.S. Probation Officer.

The parties stipulate that Section "i" **should state** the following:

    The defendant shall abide by the following restrictions on personal associations, place of abode, or travel:
    Must reside with parents at ▮▮▮▮▮▮▮▮, Plano, Texas unless permission received from the U.S. Pretrial Services Officer; Travel restricted to the Eastern District of Texas and, for court-related purposes only, to the Eastern District of California unless permission received from the U.S. Pretrial Services Officer.

All other prior ordered conditions of pretrial release, not in conflict shall remain in full force and effect.

                      Respectfully submitted,

Dated: March 17, 2011

                      /s/ Anthony P. Capozzi
                      ANTHONY P. CAPOZZI,
                      Attorney for Defendant,
                      LORENA DUANE

Dated:  March 17, 2011

                      /s/ Yasin Mohammad
                      YASIN MOHAMMAD
                      Assistant United States Attorney

# **ORDER**

IT IS SO ORDERED. Good cause having been shown, the Defendant's Order Setting Conditions of Release shall be amended to the following:

(i) The defendant shall abide by the following restrictions on personal associations, place of abode, or travel: Must reside with parents at ███████████, Plano, Texas unless permission received from the U.S. Pretrial Services Officer; Travel restricted to the Eastern District of Texas and, for court-related purposes only, to the Eastern District of California unless permission received from the U.S. Pretrial Services Officer.

Dated:  March 17, 2011             /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE