BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA  93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LORENA DUANE, <br><br> Defendant. | CASE NO.  1:11-cr-052  LJO <br><br> **STIPULATION TO CONTINUE SENTENCING AND ORDER** <br><br><br> Date:  December 5, 2011 <br> Time:  1:00 p.m. <br> Judge: Hon. Lawrence J. O'Neill |

The parties are continuing to work on this matter and believe that rescheduling the sentencing date would conserve resources and allow time for the parties to attempt to reach a speedy and just resolution to the case.  The parties hereby stipulate that the sentencing be continued to March 12, 2012 at 1:00 p.m.

DATED: November 8, 2011                              By: /s/ Yasin Mohammad_____
                                                                              YASIN MOHAMMAD
                                                                              Assistant U.S. Attorney

DATED: November 8, 2011                              By: /s/ Anthony Capozzi      _____
                                                                              Anthony P. Capozzi
                                                                              Attorney for Lorena Duane

1

## **ORDER**

The motion is denied.   Good cause has not been stated for the reason counsel are not prepared to move forward and be ready on the date scheduled.

IT IS SO ORDERED.

   Dated:   **November 8, 2011**                            **/s/ Lawrence J. O'Neill**
                                                                                UNITED STATES DISTRICT JUDGE