BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA  93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>LORENA DUANE,<br><br>      Defendant. | CASE NO.  1:11-cr-052  LJO<br><br>**STIPULATION TO CONTINUE SENTENCING AND ORDER**<br><br>Date:  December 5, 2011<br>Time:  1:00 p.m.<br>Judge: Hon. Lawrence J. O'Neill |

  The parties are continuing to work on this matter and believe that rescheduling the sentencing date would conserve resources and allow time for the parties to attempt to reach a speedy and just resolution to the case.  The parties hereby stipulate that the sentencing be continued to March 12, 2012 at 1:00 p.m.

///

///

///

///

1

| | | |
|---|---|---|
| DATED: November 8, 2011 | By: | /s/ Yasin Mohammad<br>YASIN MOHAMMAD<br>Assistant U.S. Attorney |
| DATED: November 8, 2011 | By: | /s/ Anthony Capozzi<br>Anthony P. Capozzi<br>Attorney for Lorena Duane |

## ORDER

The sentencing of Lorena Duane is continued to March 12, 2012 at 1:00 p.m.   Good cause exists for the request and stipulation.

IT IS SO ORDERED.

Dated:   **November 9, 2011**          /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE