BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA  93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>LORENA DUANE,<br><br>　　　　　　　Defendant. | CASE NO.  1:11-CR-052  LJO<br><br>**STIPULATION TO CONTINUE SENTENCING AND ORDER**<br><br>Date:  March 12, 2012<br>Time:  8:30 p.m.<br>Judge: Hon. Lawrence J. O'Neill |

　　　　Defendant Lorena Duane testified at the trial of co-conspirator-defendants Bounsou Vorasane and Kay Vienkham.  Vorasane and Viengkham were convicted. Their sentencing date is May 18, 2012; Lorena Duane may be needed to testify. The parties are continuing work in this matter and believe that rescheduling Duane's sentencing date would conserve resources and allow time for a speedy and just resolution.  The parties hereby stipulate that Duane's sentencing be continued to May 29, 2012.

DATED: March 8, 2012　　　　　　　　　　　　By:  /s/ Yasin Mohammad
　　　　　　　　　　　　　　　　　　　　　　　　　　　YASIN MOHAMMAD
　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney


DATED: March 8, 2012　　　　　　　　　　　　By:  /s/ Anthony Capozzi
　　　　　　　　　　　　　　　　　　　　　　　　　　　Anthony P. Capozzi
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Lorena Duane

1

## ORDER

The sentencing of Lorena Duane is continued to May 29, 2012 at 8:30 a.m. for good cause stated In the request.

IT IS SO ORDERED.

Dated:   **March 8, 2012**                                       **/s/ Lawrence J. O'Neill**
                                                                        UNITED STATES DISTRICT JUDGE